United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SAMSON DAVID,<br><br>    Plaintiff,<br><br>   v.<br><br>CITY OF FREMONT,<br><br>    Defendant. | No. 05-00046 CW |
| RACHEL DAVID and M.D.,<br><br>    Plaintiffs,<br><br>   v.<br><br>CITY OF FREMONT,<br><br>    Defendant._____/ | No.  05-00956 CW<br><br>ORDER FOR CONSOLIDATION |

   The action numbers listed above are related cases within the meaning of Civil L.R. 3-12.  Pursuant to Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. C 05-00046 CW for all proceedings before this Court.  All further filing shall be made in C-05-00046 CW.  There is no further reason at this time to maintain C-05-00956 CW as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.  Nothing

1  contained in this Order shall be considered a dismissal or
2  disposition of C-05-00956 CW, and, should further proceedings in
3  that litigation become necessary or desirable, any party may
4  initiate it in the same manner as if this Order had not been
5  entered.
6      This Order is entered without prejudice to the rights of
7  any party to apply for severance of any claim or action, for
8  good cause shown.
9  IT IS SO ORDERED.

12      6/21/05                                    /s/ CLAUDIA WILKEN
13  Dated _____        CLAUDIA WILKEN
                                                  United States District Judge

2